IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL BOWDEN,

    Petitioner,

v.

M.E. SPEARMAN, et al.,

    Respondent.

No. C 13-3216 WHA (PR)

**ORDER DENYING APPOINTMENT OF COUNSEL**

(Dkt. 7)

The motion for appointment of counsel is **DENIED** as this case has been dismissed.

**IT IS SO ORDERED.**

Dated: August  18 , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE